Affirmed and Memorandum Opinion filed March 26, 2009








Affirmed
and Memorandum Opinion filed March 26, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00664-CR

NO. 14-08-00667-CR

____________

 

DARREN RANDLE, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 232nd District
Court

Harris County, Texas

Trial Court Cause Nos.
1151886 & 1151884

 



 

M E M O R A N D U M   O P I N I O N

Appellant
entered guilty pleas to burglary of a habitation with intent to commit theft and
theft of a firearm.  After a pre-sentence investigation, on July 11, 2008, the
trial court sentenced appellant to confinement for five years in the
Institutional Division of the Texas Department of Criminal Justice in the
burglary case and one year in the State Jail Division of the Texas Department
of Criminal Justice in the theft case, with the sentences to be served
concurrently.  Appellant filed a timely notice of appeal in each case.








Appellant=s appointed counsel filed a brief in
which he concludes these appeals are wholly frivolous and without merit.  The
brief meets the requirements of Anders v. California, 386 U.S. 738, 87
S.Ct. 1396 (1967), by presenting a professional evaluation of the records and
demonstrating why there are no arguable grounds to be advanced.  See High v.
State, 573 S.W.2d 807, 811-12 (Tex. Crim. App. 1978).

A copy
of counsel=s brief was delivered to appellant.  Appellant was advised of the right
to examine the appellate records in each case and file a pro se response.  See
Stafford v. State, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991).  As of this
date, more than sixty days has elapsed and no pro se response has been filed.

We have
carefully reviewed the records and counsel=s brief and agree the appeals are
wholly frivolous and without merit.  Further, we find no reversible error in
the records.  A discussion of the brief would add nothing to the jurisprudence
of the state.  We are not to address the merits of each claim raised in an Anders
brief or a pro se response when we have determined there are no arguable
grounds for review.  See Bledsoe v. State, 178 S.W.3d 824, 827-28 (Tex.
Crim. App. 2005).

Accordingly,
the judgments of the trial court are affirmed.

 

PER CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Anderson and Seymore.  

Do Not Publish C Tex. R. App. P.
47.2(b).